UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

AARON SMITH,                                Case No. 1:14-cv-817

      Petitioner,                         Judge Timothy S. Black

vs.

SECRETARY, DEPARTMENT OF
HOMELAND SECURITY, *et al,*,

      Respondents.

_____

**JUDGMENT IN A CIVIL CASE**
_____

**[ ]**     **Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

**[X]**     **Decision by Court:**

**IT IS ORDERED AND ADJUDGED** that Report and Recommendations of the United States Magistrate Judge (Doc. 5) is **ADOPTED**; and this case is **TERMINATED** on the docket of the Court.

Date: 1/6/2015                                                       **JOHN P. HEHMAN, CLERK**
                                                                            By: *s/M. Rogers*, *D.C.*
                                                                            Deputy Clerk